ROBERT J. KRZYS, Appellant, v ERNEST ABDELLA et al., Respondents.

Mahoney, P. J., Casey, Weiss, Yesawich, Jr., and Levine, JJ., concur.